**UNITED STATES DISTRICT COURT FOR**
**THE SOUTHERN DISTRICT OF NEW YORK**

KEVIN YAN LUIS, on behalf of himself and
all others similarly situated,

               Plaintiffs,

        v.

HIGHER PRIMATE, LLC
               Defendant.

Case No.: 1:23-cv-01376-RA

## NOTICE OF SETTLEMENT

     The undersigned counsel for the Plaintiffs hereby provides notice to the Court that a settlement in principle has been reached between Plaintiffs and Defendant and a settlement agreement is in the process of being finalized.  Once the settlement agreement is fully executed and certain conditions have been fulfilled, Plaintiff shall file a Notice of Voluntary Dismissal with prejudice, and without costs.  Accordingly, it is respectfully requested that the matter be stayed for forty-five (45) days to allow the parties to finalize settlement details.

     Dated:  May 3, 2023

                          **The Law Office of Noor A. Saab, Esq.**

                          *By: Noor A. Saab*
                          Noor A. Saab, Esq.
                          *Attorneys for Plaintiff*
                          380 North Broadway, Suite 300
                          Jericho, New York 11753
                          Tel: 718-740-5060
                          Email: NoorASaabLaw@Gmail.com